UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------X

UNITED STATES OF AMERICA

        Plaintiff,

-v-

TODD EBERHARD and SANDI EBERHARD,

        Defendants, and

The Net Proceeds from the Sale of John Pye Island, An Unoccupied Island Lying and Being at Spanish Ship Bay, Guysborough County, Nova Scotia, and Being Designated John Pye's Island on Plan of Survey # 532 Prepared by Lester W. Berrigan, Nova Scotia Land Surveyor: # 409 Dated the 12th Day of May 1998, on Deposit at Citibank N.A. in the Name of Aaron R. Marcu in his Capacity As Receiver for the Assets of Todd Eberhard, and All Interest and Other Proceeds Traceable Thereto;

All Right, Title and Interest in any and all Shares of Borderline Development NS, Inc., a Nova Scotia Corporation, Currently Held by Aaron R. Marcu in His Capacity as Receiver for the Assets of Todd Eberhard, and all Proceeds Traceable Thereto;

All Right, Title and Interest in the Real Property and Appurtenances in or near the Apartment Building Located at 2251-65 d'Ilbervile Street, Montreal, Quebec, Canada, Listed as Lot Number 1,425,110 of The Cadastre of Quebec, in the Land Registry of Montreal, and

All Right, Title and Interest in the Real Property and Appurtenances in or near the Apartment Building Located at 1727-39 Shevchenko Boulevard, Lasalle, Quebec, Canada, listed as Lot Number 499225 of the Cadastre of Quebec, Montreal Registry Office and Lot Number 1499267 of the Cadastre of Quebec, Montreal Registry Office,

And all property traceable thereto,

        Defendants-in-rem.

08 Civ. 5622 (RMB)

VERIFIED CLAIM

---------------------------------------------X

SANDI EBERHARD hereby claims the following property, plus interest from the date of its seizure.

The Net Proceeds from the Sale of John Pye Island, An Unoccupied Island Lying and Being at Spanish Ship Bay, Guysborough County, Nova Scotia, and Being Designated John Pye's Island on Plan of Survey # 532 Prepared by Lester W. Berrigan, Nova Scotia Land Surveyor: # 409 Dated the 12th Day of May 1998, on Deposit at Citibank N.A. in the Name of Aaron R. Marcu in his Capacity As Receiver for the Assets of Todd Eberhard, and All Interest and Other Proceeds Traceable Thereto;

All Right, Title and Interest in any and all Shares of Borderline Development NS, Inc., a Nova Scotia Corporation, Currently Held by Aaron R. Marcu in His Capacity as Receiver for the Assets of Todd Eberhard, and all Proceeds Traceable Thereto;

All Right, Title and Interest in the Real Property and Appurtenances in or near the Apartment Building Located at 2251-65 d'Ilbervile Street, Montreal, Quebec, Canada, Listed as Lot Number 1,425,110 of The Cadastre of Quebec, in the Land Registry of Montreal, and

All Right, Title and Interest in the Real Property and Appurtenances in or near the Apartment Building Located at 1727-39 Shevchenko Boulevard, Lasalle, Quebec, Canada, listed as Lot Number 499225 of the Cadastre of Quebec, Montreal Registry Office and Lot Number 1499267 of the Cadastre of Quebec, Montreal Registry Office,

And all property traceable thereto, plus interest from the date of these properties' seizures, fees and costs.

Dated: July 2/ 2008

*Sandi Eberhard* (signature)
Sandi Eberhard

## Verification

State of New York            )
County of Dutchess           )
Southern District of New York )

SANDI EBERHARD, hereby declares under penalty of perjury that the claim hereof is true and correct based on my own knowledge, and upon information and belief.

_Sandi Eberhard_
SANDI EBERHARD

Sworn to before me this
21 day of July 2008

_[signature]_
Notary Public

BRIAN CASSERLY
Notary Public - State of New York
No. 01-CA6176633
Qualified in Dutchess County
My Commission Expires 11/26/11