Vivian Shevitz<br>
Attorney at Law<br>
46 Truesdale Lake Drive<br>
South Salem, New York 10590<br>
914-763-2122<br>
FAX: 914-763-2322<br>
e-mail: Vivian@shevitzlaw.com

August 25, 2008

Honorable Richard M. Berman
United States District Court
Southern District of New York
40 Centre Street
New York, New York 10007

     Re: <u>EBERHARD v. MARCU,  03 Civ 0813 (RMB)</u>
     <u>  And UNITED STATES v. EBERHARD, 08 civ. 5622 (RMB)</u>

Dear Judge Berman:

    In the parties' submissions of August 8, we set forth our respective positions on what should/ must be done with the Canadian properties.  Without a decision from Your Honor, the property is now *de facto* seized by the government without a warrant, because the Receiver has no right to hold Borderline NS, and the U.S. Attorney's office has not obtained (and cannot properly obtain) a restraining order controlling the asset.

    In the meantime, Mrs. Eberhard is being deprived of her property.  I ask for an immediate conference.

                                  Very truly yours,

                                  Vivian Shevitz

cc:  All counsel, both cases